**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Clarence Gibson v. Texas Southern University

Appellate case number:   01-22-00559-CV

Trial court case number:  2021-78594

Trial court:                      61st District Court of Harris County

Appellant, Clarence Gibson, acting pro se, has filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond. The affidavit of indigence complies with Texas Rule of Appellate Procedure 20.1. Therefore, appellant is not required to pay filing fees in this court. TEX. R. APP. P. 20.1(a), (c).

However, appellant has not represented that he filed a similar document in the trial court and we are unable to confirm that he did so. If appellant wishes to proceed without payment of costs or fees for preparation of the appellate record, he must comply with Texas Rule of Civil Procedure 145(b) by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in the trial court. TEX. R. CIV. P. 145(b). If appellant files a Statement of Inability in compliance with Rule 145 in the trial court, he must request the preparation and filing of a clerk's record **within 14 days of the date of this order** containing the Statement of Inability.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                    Acting individually


Date:  September 27, 2022